AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Tommy Walaski

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:08MJ109A

I, Tommy Walaski, charged in a ☑ complaint ☐ petition pending in this District with Possession with intent to distribute cocaine in violation of Title 21, U.S.C., 841(a)(1), (b)(1)(C),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

[signature]
*Defendant*

8/21/08
*Date*

[signature]
*Counsel for Defendant*