United States District Court District of Rhode Island

# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

***Case No. 1:08MJ109A***

*To:* *WARDEN*
*ACI*
*CRANSTON, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **TOMMY WALASKI**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **21st** day of **August, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and r[illegible] that
I did bring b[illegible]
th[illegible]
on th[illegible] time ordered.
Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**
United States Magistrate Judge at Providence, RI
Dated: August 12, 2008.

David A. DiMarzio, Clerk

DETENTION HEARING/
PRELIMINARY EXAM

*by ____/s/Jeannine Noel______________*
*Jeannine Noel - Deputy Clerk*