IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. CR 08 81 S |
| | ) | |
| v. | ) | In violation of: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) |
| | ) | |
| TOMMY WALASKI | ) | |

## INFORMATION

The United States Attorney charges that:

## COUNT I

On or about July 22, 2008, in the District of Rhode Island, the defendant, TOMMY WALASKI, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

ROBERT CLARKE CORRENTE
United States Attorney

By: SRBeckner Date: August 27, 2008
SANDRA R. BECKNER
Assistant U.S. Attorney

Luis M. Matos Date: 8/27/08
LUIS M. MATOS
First Assistant U.S. Attorney