O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

TOMMY WALASKI

## WAIVER OF INDICTMENT

CASE NUMBER: CR 08 81 S

I, Tommy Walaski, the above named defendant, who is accused of possession of cocaine with the intent to distribute, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(C)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on September 8, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant TOMMY WALASKI

Counsel for Defendant ANDREW BERG, ESQUIRE

Before
Judicial Officer
USMJ